UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

RICHARD ALLEN MAPLE  CASE NUMBER: 10-30264
BONNIE JEAN MAPLE  CHAPTER 13
Debtors

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, the Trustee, Debra L. Miller, by counsel, and for her Objection to Debtors' Plan states:

1. Debtors are making their payments via wage order and are current.

2. Debtors are above median income debtors and their disposable income is set by the Form B22C Means test pursuant to 11 U.S.C. §1325(b)(1)(B). Debtors have taken improper deductions on Lines 28 and 29 for cars with no liens attached. Based on Trustee's calculations, Debtors are required to pay $1,587.00 per month to general unsecured creditors, for a minimum of $95,220.00. Debtors' plan provides a pro rata distribution of any remaining funds. Trustee objects to confirmation as the disposable income test, requiring a minimum of $95,220.00 for unsecured creditors, is not met.

3. Debtors' plan proposes to pay their mortgage direct. To the extent the mortgage is continued to be paid outside the plan, the Debtors should be required to file an affidavit with the Court at the end of the bankruptcy, stating that the mortgage is current and that there are no fees, costs, or negative escrow remaining in order to receive their discharge.

4. Trustee objects to confirmation as Debtors' plan fails to meet the disposable income test as it does not provide for the turnover of their yearly tax refunds. To meet the disposable income test, Debtors are required to turnover yearly tax refunds over $500.00.

5. Trustee objects to confirmation as Debtors' plan fails to meet the best interests of creditors test as Debtors' plan offers unsecured creditors a pro rata distribution of remaining funds. Debtors' full 2009 tax refund, less exemptions, is required as a minimum to unsecured creditors to meet the best interests of creditors test.

6. Debtors' plan does not provide for the secured claim filed by Chrysler Financial Services Americas, LLC., in the amount of $18,741.72. Trustee requests information on this claim. Trustee objects to confirmation under 11 U.S.C. §1325(a)(5) as this creditor has not received notice of its treatment under the plan and cannot accept such terms. As such, confirmation should be denied and an amended plan filed.

WHEREFORE, as the plan has yet to comply with 11 U.S.C. §1325(a) and (b) for the reasons stated above, the Trustee objects to the confirmation of the plan.

Dated: May 4, 2010                                    Respectfully Submitted,

/s/ Sarah E. Willms
Staff Attorney for
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634-0155
(574) 251-1493

CERTIFICATE OF SERVICE

I hereby certify that a copy of this objection was served as follows on May 4, 2010

By U.S. Mail postage prepaid:
Debtors: Richard and Bonnie Maple, PO Box 112, Denver, IN 46926

By electronic mail via CM/ECF:
Debtors' Attorney: Steven Taylor
U.S. Trustee at ustregion10.so.efc@usdoj.gov

/s/ Sarah E. Willms